## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JACQUELINE DAVIS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 06-1025 |
| UNITED STATES, | ) |
| Respondent. | ) |

### O R D E R

Before the Court is Jacqueline Davis's Application to Proceed In Forma Pauperis [Doc. #1] and letter request for relief restoring good-time credits. In her letter, Davis indicates she was never informed of the disciplinary action which led to the revocation of her good-time credits. Attached to her letter are rejection notices indicating Davis's administrative-remedy request was rejected because it was not in proper form and was submitted to the wrong office. The rejection notices instruct Davis to properly file her administrative-remedy request, however, there is no indication that she did so. A writ of habeas corpus may be granted "only after a prisoner exhausts administrative remedies." Carnine v. United States, 974 F.2d 924, 927 (7th Cir. 1992). It is evident that Davis has not done so in this case. Accordingly, the Court will deny her Application to Proceed In Forma Pauperis and dismiss this case without prejudice. See 42 U.S.C. 1915(e)(2)(court shall dismiss case brought without prepayment of fees at any time if action fails to state claim on which relief may be granted).

IT IS THEREFORE ORDERED that Davis's Application to Proceed In Forma Pauperis [Doc. #1] is DENIED and this case is DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

CASE TERMINATED.

Entered this __8th__ day of February, 2006.

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge